# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ARISTA RECORDS LLC, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| v. | ) | **No. 05-2037-KHV** |
| | ) | |
| **SHEILA BANKHEAD,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

On January 27, 2005, plaintiffs filed a civil complaint against Sheila Bankhead for copyright infringement under 17 U.S.C. §§ 502-505.  See Doc. #1.  On June 22, 2005, the Court ordered plaintiffs to show good cause in writing why service of the summons and complaint had not been made within 120 days from the filing of the complaint, and further show good cause in writing why plaintiffs' claims should not be dismissed in their entirety without prejudice.  See Doc. #6.  This matter comes before the Court on plaintiffs' Response To The Show Cause Order (Doc. #3) filed July 7, 2005.

In response to the show cause order, plaintiffs state that they have made multiple attempts to serve defendant, who apparently resided in a secure building, and that they have now successfully served her. On this record, the Court finds that plaintiffs have shown good cause why the case should not be dismissed.

Dated this 14th day of July, 2005 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge